No. 74–635.  UNITED STATES *v.* WONG.  C. A. 9th Cir.  Certiorari granted.

No. 74–1106.  UNITED STATES *v.* WASHINGTON.  Ct. App. D. C.  Certiorari granted.

No. 75–1413.  STANTON, ADMINISTRATOR, INDIANA DEPARTMENT OF PUBLIC WELFARE, ET AL. *v.* BOND ET AL. C. A. 7th Cir.  Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.  MR. JUSTICE STEVENS took no part in the consideration or decision of this motion and petition.

No. 75–1443.  MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* SANDERS.  C. A. 7th Cir.  Certiorari granted.  MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 74–6579.  WASHINGTON *v.* UNITED STATES. Ct. App. D. C.  Certiorari denied.

No. 75–968.  ROEDER *v.* UNITED STATES  C. A. 10th Cir.  Certiorari denied.

No. 75–1043.  LEBRON *v.* SECRETARY OF THE AIR FORCE.  C. A. 2d Cir.  Certiorari denied.

No. 75–1175.  MAHER, ADMINISTRATRIX *v.* CITY OF NEW ORLEANS ET AL.  C. A. 5th Cir.  Certiorari denied.